

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-3-2003

# USA v. Chorin

Precedential or Non-Precedential: Non-Precedential

Docket 01-3544

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Chorin" (2003). *2003 Decisions.* Paper 669.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/669

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

—————————

Nos: 01-3544/3574

—————————

UNITED STATES OF AMERICA

v.

DAVID CHORIN
a/k/a
CHARLIE

David Chorin,
Appellant in No. 01-3544

UNITED STATES OF AMERICA

v.

KEVIN ROBERT CADEN
a/k/a
THOMAS KIMBLE

Kevin Robert Caden,
Appellant in No. 01-3574

—————————

O R D E R

—————————


It appearing that the names of two of the attorneys for appellee listed in the Court's opinion filed March 11, 2003 were misspelled, it is hereby O R D E R E D that the opinion is amended to substitute the following corrected listings for:

Laurie Magid
Deputy United States Attorney
for Policy and Appeals

and

Robert A. Zauzmer
Assistant United States Attorney
Senior Appellate Counsel.

For the Court,


 /s/ Kathleen Brouwer
Chief Deputy  Clerk


Dated: April 3, 2003